# SAMUEL & STEIN

ATTORNEYS AT LAW

38 WEST 32ND STREET, SUITE 1110, NEW YORK, NY 10001
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.samuelandstein.com

**MICHAEL SAMUEL, ESQ.**
michael@samuelandstein.com

October 30, 2019

ADMITTED IN
NY

**VIA ECF**
Hon. John G. Koeltl, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: <u>Chen et al v. ABC Corp. et al
1:19-cv-03294-JGK</u>

*[Handwritten annotation: Order to Show Hearing adjourned to 12/17/19 at 4:30 P.M. Plaintiff should provide notice to the defendants and file proof of service. So Ordered. JGK/USDJ 11/13/19]*

Dear Judge Koeltl:

    Please be advised that I represent the plaintiff in the above entitled action. I understand that Your Honor has scheduled the hearing for the Order to Show Cause on November 13, 2019 at 4:30 PM. I am scheduled to be out of town from November 10 through November 13th and will be unavailable on that date. We would request that the hearing be adjourned until sometime the following week (but not a Friday afternoon due to religious observance).

    If you have any questions or concerns, please contact the undersigned. Thank you for your attention to this matter.

Very truly yours,

Michael Samuel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-13-19