```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――
HANG CHEN,

                    Plaintiff,           19 cv 3294 (JGK)

       - against -                       ORDER

ABC CORP. and JIMMY CHEN,

                    Defendants.
―――――――――――――――――――――――――――――――
```

**JOHN G. KOELTL, District Judge:**

The case remains referred to the mediation panel. Pro se defendant Chen has failed to contact New York Legal Assistance Group. Pro se defendant Chen is welcome to do that, but the mediation should not be stayed. The parties should report to the Court within seven days after the conclusion of the mediation.

**SO ORDERED.**

**Dated:  New York, New York**
**September 7, 2020**          /s/ John G. Koeltl
                         John G. Koeltl
                    United States District Judge