UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HANG CHEN,

            Plaintiff,

    - against -

ABC CORP., ET AL.,                   19 cv 3294 (JGK)

           Defendants.         ORDER

**JOHN G. KOELTL, District Judge:**

    The plaintiff advises that the case has settled. The parties should submit a letter to the Court by **February 26, 2021,** explaining the terms of the settlement and the fairness of the settlement, including any application for attorney's fees. Any application for attorney's fees should be accompanied by a lodestar calculation and a biography of any plaintiff's lawyers.

    SO ORDERED.

Dated:    New York, New York
           February 8, 2021        /s/ John G. Koeltl
                                              John G. Koeltl
                                     United States District Judge