UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HANG CHEN,

                Plaintiff,             19-cv-3294 (JGK)

     - against -

                                           ORDER

ABC CORP., ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    By Order dated February 8, 2021, the Court noted that the parties had advised that the case has settled. The Court directed the parties to submit a letter by February 26, 2021 explaining the terms of the settlement and the fairness of the settlement, including any application for attorney's fees. The parties did not submit the letter. If the parties do not submit the letter by July 29, 2021, the Court will dismiss the complaint without prejudice for failure to prosecute.

    SO ORDERED.

Dated:    New York, New York
            July 23, 2021

                                                John G. Koeltl
                                      United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/21