UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HANG CHEN, 19-cv-3294 (JGK)

              Plaintiff, ORDER

- against -

ABC CORP., ET AL.,

              Defendants.

JOHN G. KOELTL, District Judge:

    By Order dated February 8, 2021, the Court directed the parties to submit a letter by February 26, 2021 explaining the fairness of the settlement so that the Court could consider the settlement. The parties failed to do so. Again, by Order dated July 23, 2021, the Court directed the parties to submit a letter by July 29, 2021, explaining the terms of the settlement and the fairness of the settlement, including any application for attorney's fees. The Court advised the parties that, if the parties did not submit the letter by July 29, 2021, then the Court would dismiss the complaint without prejudice for failure to prosecute. The parties did not submit the letter. Six months have now passed since the parties advised the Court that the case was settled, but failed to submit the settlement for court approval, despite the Court's warning.

Therefore, the case is **dismissed** without prejudice for failure to prosecute. The Clerk is directed to close this case.

**SO ORDERED.**

Dated:   New York, New York
         August 10, 2021

                                                      _____
                                                          John G. Koeltl
                                          United States District Judge